O

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CRAIG PAUL BUCHANAN,<br><br>         Petitioner,<br><br>     v.<br><br>PAT HORN, Acting Warden,<br><br>         Respondent. | No. CV 21-2637-RSWL (JPR)<br><br>**ORDER ACCEPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Petition, the other records on file herein, and the Magistrate Judge's Report and Recommendation.  The Court accepts the findings and recommendations of the Magistrate Judge.

ACCORDINGLY, IT IS ORDERED THAT:

1. The Petition is denied with prejudice.
2. Judgment be entered consistent with this order.
3. The clerk serve this Order and the Judgment on all counsel or parties of record.

DATED: May 4, 2023           /S/ RONALD S.W. LEW
                              RONALD S.W. LEW
                              U.S. DISTRICT JUDGE