JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CRAIG PAUL BUCHANAN, | ) Case No. CV 21-2637-RSWL (JPR) |
| Petitioner, | ) |
| v. | ) **J U D G M E N T** |
| PAT HORN, Acting Warden, | ) |
| Respondent. | ) |

Pursuant to the Order Accepting Magistrate Judge's Report and Recommendation,

IT IS HEREBY ADJUDGED that the Petition is DENIED and this action is dismissed with prejudice.

DATED: May 4, 2023        */S/ RONALD S.W. LEW*
                          RONALD S.W. LEW
                          U.S. DISTRICT JUDGE